and/or contaminated.  Ex. B ¶ 49.  Plaintiffs were not required to plead with specificity because New Jersey is a notice-pleading state.

      WHEREFORE, Plaintiffs, Greta Normand and Drew Normand, respectfully request this Honorable Court to grant Plaintiffs' Motion to Remand to the Superior Court, Law Division, of Cumberland County, as well as to grant recovery of the costs and attorneys' fees incurred in filing this Motion to Remand, including reasonable attorneys' fees in preparation of this Motion, and filing fees, as permitted by 28 U.S.C. § 1447(c).

                                SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

                              BY: /s/  *Mary T. Gidaro*
                                   MICHAEL F. BARRETT, ESQUIRE
                                   MARY T. GIDARO, ESQUIRE
                                   8000 Sagemore Drive
                                   Suite 8303
                                   Marlton, NJ 08053
                                   856-751-8383 (tele)
                                   856-751-0868 (fax)
                                   Attorneys for Plaintiffs,
                                   Greta Normand and Drew Normand

DATED: February 14, 2013

question of state law to be decided by a New Jersey court.  Plaintiffs' Amended Complaint alleges that these defendants violated the community standard of care and that these defendants knew or should have known that the methylprednisolone acetate was defective and/or contaminated.  Ex. B ¶ 49.  Plaintiffs were not required to plead with specificity because New Jersey is a notice-pleading state.

      For all of the aforementioned reasons, Plaintiffs, Greta Normand and Drew Normand, respectfully request this Honorable Court to grant Plaintiffs' Motion to Remand to the Superior Court, Law Division, of Cumberland County, as well as to grant recovery of the costs and attorneys' fees incurred in filing this Motion to Remand, including reasonable attorneys' fees in preparation of this Motion, and filing fees, as permitted by 28 U.S.C. § 1447(c).

                                  Respectfully submitted,

                                  SALTZ, MONGELUZZI, BARRETT & BENDESKY, P.C.

                              BY: /s/ *Mary T. Gidaro*
                                    MICHAEL F. BARRETT, ESQUIRE
                                    MARY T. GIDARO, ESQUIRE
                                    8000 Sagemore Drive
                                    Suite 8303
                                    Marlton, NJ 08053
                                    856-751-8383 (tele)
                                    856-751-0868 (fax)
                                    Attorneys for Plaintiffs,
                                    Greta Normand and Drew Normand

DATED: February 14, 2013

Walter F. Timpone
Walter F. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemle Avenue
P.O. Box 2075
Morristown, NJ  07962

*Counsel for Defendant, Ameridose, LLC*


Stephen A. Grossman
Montgomery, McCracken, Walker & Rhoads, LLP
Liberty View
457 Haddonfield Road
Suite 600
Cherry Hill, NJ  08002

*Counsel for Defendants, South Jersey Healthcare and
South Jersey Regional Medical Center*


Jay J. Blumberg
Law Offices of Jay J. Blumberg, Esq.
158 Delaware Street
P.O. Box 68
Woodbury, NJ  08096

*Counsel for Defendants, Premier Orthopaedic and Sports Medicine Associates of
Southern New Jersey, LLC, and Kimberly Yvette Smith, M.D.*


          /s/  Mary T. Gidaro_____
          Mary T. Gidaro, Esq.

-- 2 --